UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARGET NATIONAL BANK, | ) | 3:07-CV-00581-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | April 14, 2008 |
| | ) | |
| MARY BROOKSBANK, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Pursuant to Plaintiff's Response to the Court's April 4, 2008, Minute Order (Doc. #17), the parties shall have to and including Friday, May 9, 2008, in which to file their Stipulation and Order for Dismissal with the court.

    IT IS SO ORDERED.

                                              LANCE S. WILSON, CLERK

                                              By:         /s/
                                                        Deputy Clerk